UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL LEVINE and LARRY LEVINE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 04-10916-EFH |
| ) | |
| WYETH, INC. and WYETH ) | |
| PHARMACEUTICALS INC. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF EXTENSION OF TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiffs Carol Levine and Larry Levine that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

CAROL LEVINE and LARRY LEVINE

By their attorneys:

/s/ Steven A. Adelman_____
Robert K. Jenner
Steven A. Adelman (BBO No. 566718)
Janet & Jenner, LLC
1829 Reisterstown Road, Suite 320
Baltimore, MD  21208
(410) 653-3200
sadelman@medlawlegalteam.com

Dated:  June 3, 2004

        WYETH, INC. and WYETH
        PHARMACEUTICALS, INC.

        By their attorneys:

        /s/ John J. Butts_____
        Robert M. Mahoney (BBO No. 315040)
        John J. Butts (BBO No. 643201)
        David A. Giangrasso (BBO No.654975)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        john.butts@wilmerhale.com

Dated: June 3, 2004