IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Division

| | |
|---|---|
| CAROL LEVINE and LARRY LEVINE, <br><br> Plaintiffs, <br><br> vs. <br><br> WYETH, INC., et al. <br><br> Defendants. | Civil Action No: 04cv10916 EFH |

## PLAINTIFFS' PROOF OF SERVICE

TO THE CLERK OF THE COURT:

Plaintiffs, Carol Levine and Larry Levine, by and through their attorneys, Robert K. Jenner, Steven A. Adelman, and Janet & Jenner, LLC, and Donald R. Grady, Jr. and Sheff Law Offices, P.A. hereby certify to this Court that copies of the Summons, Complaint, and Civil Information Report were served on Defendants, Wyeth, Inc., and Wyeth Pharmaceuticals Inc, pursuant to Rule 4 (I) of the Federal Rules of Civil Procedure. Attached to this Proof of Service (Exhibits A, and B), are the signed and dated United States Postal Service "Domestic Return Receipt" cards as affirmation of service on the above named Defendants.

Respectfully submitted,

JANET & JENNER, LLC

_____
Robert K. Jenner            (MD Bar #04165)
Steven A. Adelman           (Bar #566718)
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
Telephone: (410) 653-3200
Facsimile: (410) 653-6903
Attorneys for Plaintiffs

and

Donald R. Grady, Jr.   (Bar #544841B)
Sheff Law Offices
Ten Tremont Street
Boston, Massachusetts 02108

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

WE HEREBY certify that on this 25th day of May, 2004, copies of **Plaintiff's Proof of Service with Exhibits A and B,** on Defendants, Wyeth, Inc., and Wyeth Pharmaceuticals Inc., were filed and mailed first class, postage prepaid to all Defendants named in this matter and/or their attorneys:

Eric A. Kuhl, Esquire
WILLIAMS & CONNOLLY, LLP
725 12th Street, N.W.
Washington, D.C. 20005

Lyn P. Pruitt
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYAR, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525

Attorneys for **WYETH, INC.** and **WYETH PHARMACEUTICALS, INC.**

_____
Steven A. Adelman      (Bar #566718)

2